# INDEX OF ATTACHMENTS

1. Civil Cover Sheet

2. Summons – United States of America

3. Summons – United States Department of Justice

4. Summons – Eric H. Holder, Jr.

5. Summons – Dennis K. Burke

6. Summons – Arizona Association of Dispensary Professionals

7. Summons – Joshua Levine

8. Summons – Paula Pennypacker

9. Summons – Dr. Nicholas Flores

10. Summons – Jane Christensen

11. Summons – Paula Pollock

12. Summons – Serenity Arizona

13. Summons – Holistic Health Management

14. Summons – Jeff Silva

15. Summons – Arizona Medical Marijuana Association

# EXHIBITS

A. Durkan/Ormsby Letter (Washington)

B. Burke Letter (Arizona)

C. Odgen Memo (Federal)

D. Cotter Letter (Montana)

E. Walsh Letter (Colorado)

F. COAG Letter (Colorado)

G. Haag Letter (California)

H. Neronha Letter (Rhode Island)

I. Nakakuni Letter (Hawaii)

J. NMAG Letter (New Mexico)

K. Delahanty Letter (Maine)