Thomas C. Horne
Attorney General
Firm Bar No. 14000
Kevin D. Ray, No. 007485
Lori S. Davis, No. 027875
Aubrey Joy Corcoran, No. 025423
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8328
Facsimile: (602) 364-0700
Email: EducationHealth@azag.gov
*Attorneys for Plaintiffs*

Tony West
Assistant Attorney General
Arthur R. Goldberg
Assistant Branch Director
Scott Risner (MI Bar #P70762)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-2395
Facsimile: (202) 616-8470
Scott.Risner@usdoj.gov
*Attorney for Defendants United States,
U.S. Department of Justice, Eric H. Holder,
and Ann Scheel*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>United States of America, et al.,<br><br>　　　　Defendants. | No. 2:11-cv-01072-SRB<br><br>**STIPULATION AND REQUEST FOR AN EXTENSION OF TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS (FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED, pursuant to LRCiv 7.3, by and between the parties hereto, through undersigned counsel, that Federal Defendants shall receive an

---

[1] Plaintiffs' complaint named U.S. Attorney Dennis K. Burke as a defendant in his official capacity. Pursuant to Federal Rule of Civil Procedure 25(d), Acting U.S. Attorney Ann Birmingham Scheel is substituted in her official capacity for Mr. Burke.

1

extension of time until October 7, 2011, to file their reply in support of their Motion to Dismiss. This is the first stipulation seeking an extension of time.

Federal Defendants' reply is currently due on September 19, 2011. Federal Defendants request this extension of time because they need additional time to prepare a reply memorandum responding to each of Plaintiffs' arguments. One of the attorneys with primary responsibility for this litigation will be unavailable September 12-29, 2011 due to previously scheduled travel, while the undersigned counsel for Federal Defendants will be in trial on another matter the week of September 26, 2011. Plaintiffs agree to the stipulation without objection.

A proposed order is attached.

Dated: September 9, 2011.                Respectfully submitted,

                                         */s/ Lori S. Davis (by permission)*
                                         Thomas C. Horne
                                         Attorney General
                                         Firm Bar No. 14000
                                         Kevin D. Ray, No. 007485
                                         Lori S. Davis, No. 027875
                                         Aubrey Joy Corcoran, No. 025423
                                         Assistant Attorneys General
                                         1275 West Washington Street
                                         Phoenix, Arizona 85007-2926
                                         Telephone: (602) 542-8328
                                         Facsimile: (602) 364-0700
                                         Email: EducationHealth@azag.gov
                                         *Attorney for Plaintiffs*

                                         */s/ Scott Risner*
                                         Scott Risner (MI Bar #P70762)
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue, N.W.
                                         Washington, D.C. 20530
                                         Telephone: (202) 514-2395
                                         Facsimile: (202) 616-8470
                                         Scott.Risner@usdoj.gov
                                         *Attorney for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Aubrey Joy Corcoran, Kevin D. Ray, and Lori Simpson Davis
Office of the Attorney General
1275 W. Washington St.
Phoenix, AZ 85007
*Attorneys for Plaintiffs*

Ezekiel R. Edwards
ACLU Foundation, Criminal Law Reform Project
125 Broad St., 18th Floor
New York, NY 10004-2400
*Attorney for Defendant Arizona Medical Marijuana Association*

Daniel Joseph Pochoda
ACLU Foundation of Arizona
77 E. Columbus St., Ste. 205
Phoenix, AZ  85012
*Attorney for Defendant Arizona Medical Marijuana Association*

Thomas W. Dean
323 N Leroux St., Ste. 101
Flagstaff , AZ  86001
*Attorney for Defendant Arizona Association of Dispensary Professionals*

Ken Frakes
Rose Law Group, PC
6613 N. Scottsdale Road, Suite 200
Scottsdale, AZ 85250
KFrakes@roselawgroup.com
*Attorney for Defendants Serenity Arizona, Holistic Health Management, Levine, Pennypacker, Flores, Christensen, Pollock and Silva*

Thomas P. Liddy
Maricopa County Attorney's Office
Civil Services Division
222 N. Central Ave., Ste. 1100
Phoenix, AZ 85004

*Attorney for Proposed Intervenor-Plaintiffs Maricopa County and Joy Rich*

/s/ Scott Risner
Scott Risner

2