**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES**

Phoenix Division

 CIV 11-1072-PHX-SRB     DATE: 12-12-11
Year    Case No.

HON: SUSAN R. BOLTON          Judge # 7026

State of Arizona, et al.         v. United States of America, et al.
Plaintiff(s)                        Defendant(s)

Deputy Clerk: Maureen Williams     Court Reporter: Liz Lemke

Lori Davis, Kevin Ray and Aubrey Corcoran
Plaintiff(s) counsel

Scott Risner, Ezekiel Edwards, Thomas Dean, Lisa Hauser, Hayley Horowitz and David Weissman [appearing on behalf of Kenneth Frakes]
Defense counsel
===============================================================================
**Also present: counsel Thomas P. Liddy appearing for Intervenor Plaintiffs Maricopa County and Joy Rich [Motion to Intervene pending at Doc. 31]**

**PROCEEDINGS**:   X Open Court   _Chambers    _ SEALED

This is the time set for Hearing re: non-Government Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim [Doc. 30].  Argument presented.

IT IS ORDERED taking under advisement non-Government Defendants' Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim [Doc. 30].

IT IS FURTHER ORDERED all fictitious defendants are dismissed.

Hearing length:    47 minutes